| Debtor 1 | **Daniel** | **A** | **McKenzie** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sarah** | **L** | **McKenzie** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DIST. OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

9707 Kelly Rd NE
Street address, if available, or other description

Carnation　　　　WA　98014
City　　　　　　State　ZIP Code

King
County

House has black mold and is an older home.

**What is the property? Check all that apply.**

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $300,000.00 | $300,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☑ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................➔  $300,000.00

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

## 3.1.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | GMC | ☐ Debtor 1 only | |
| Model: | Yukon | ☐ Debtor 2 only | |
| Year: | 2004 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $4,971.00    $4,971.00 |
| Other information: | | | |
| 2004 GMC Yukon | | ☑ Check if this is community property<br>(see instructions) | |

## 3.2.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | |
| Model: | Ranger | ☐ Debtor 2 only | |
| Year: | 2002 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $1,624.00    $1,624.00 |
| Other information: | | | |
| 2002 Ford Ranger | | ☑ Check if this is community property<br>(see instructions) | |

## 3.3.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | |
| Model: | F-350 | ☐ Debtor 2 only | |
| Year: | 2004 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $500.00    $500.00 |
| Other information: | | | |
| 2004 Ford F-350 - car is totalled and good only for scraps | | ☑ Check if this is community property<br>(see instructions) | |

## 3.4.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | GMC | ☐ Debtor 1 only | |
| Model: | Saturn | ☐ Debtor 2 only | |
| Year: | 1997 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $500.00    $500.00 |
| Other information: | | | |
| 1997 GMC Saturn | | ☑ Check if this is community property<br>(see instructions) | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here.....................➡    | $7,595.00 |

---

### Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**
**Do not deduct secured claims or exemptions.**

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**

    $5,280.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... TV, phone, computer and misc.                                        $1,075.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe..... 1 handgun, 1 shotgun, and 1 rife                                     $1,500.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... Wearing apparel                                                      $3,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... 1 wedding ring ($500); 2 watches ($200); costume jewelry ($180); 9 pieces of       $2,030.00
    jewelry ($1000); 4 rings ($150)

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** ➡   $12,885.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.................................................................................................. Cash: .................   $20.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.........................    Institution name:

    17.1.    Checking account:    Checking account - US Bank - Acct# xxxxxx0392       $150.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.........................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.........................    Name of entity:                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.........................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.........................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

27. Licenses, franchises, and other general intangibles
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific
       information about them                                             _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

    ☑ No
    ☐ Yes. Give specific information
       about them, including whether
       you already filed the returns                    Federal: _____
       and the tax years......................          State: _____
                                                         Local: _____

29. Family support
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information
                                              Alimony:              _____
                                              Maintenance:          _____
                                              Support:              _____
                                              Divorce settlement:   _____
                                              Property settlement:  _____

30. Other amounts someone owes you
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
    compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information                                    _____

31. Interests in insurance policies
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance
       company of each policy
       and list its value................ Company name:        Beneficiary:        Surrender or refund value:

32. Any interest in property that is due you from someone who has died
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died
    ☑ No
    ☐ Yes. Give specific information                                    _____

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☑ Yes. Describe each claim........ **See continuation page(s).**              $45,000.00

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
    rights to set off claims
    ☑ No
    ☐ Yes. Describe each claim........                                  _____

Official Form 106A/B                    Schedule A/B: Property                        page 5

35. Any financial assets you did not already list

- ☑ No
- ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................... →    $45,170.00

## Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned

- ☑ No
- ☐ Yes. Describe..

39. Office equipment, furnishings, and supplies
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☑ No
- ☐ Yes. Describe..

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

- ☐ No
- ☑ Yes. Describe..  **Work Tools**    $5,000.00

41. Inventory

- ☑ No
- ☐ Yes. Describe..

42. Interests in partnerships or joint ventures

- ☑ No
- ☐ Yes. Describe..... Name of entity:                    % of ownership:

43. Customer lists, mailing lists, or other compilations

- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe.....

44. Any business-related property you did not already list

- ☑ No
- ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................................... →    $5,000.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. Farm animals
Examples: Livestock, poultry, farm-raised fish
☑ No
☐ Yes....

48. Crops–either growing or harvested

☑ No
☐ Yes. Give specific information...............

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes....

50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes....

51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes. Give specific information...............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here........................................................➔  $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
Examples: Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here........................➔  $0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2................................................................................................ →    $300,000.00

56. Part 2: Total vehicles, line 5      $7,595.00

57. Part 3: Total personal and household items, line 15      $12,885.00

58. Part 4: Total financial assets, line 36      $45,170.00

59. Part 5: Total business-related property, line 45      $5,000.00

60. Part 6: Total farm- and fishing-related property, line 52      $0.00

61. Part 7: Total other property not listed, line 54    +    $0.00

62. Total personal property.   Add lines 56 through 61...............    $70,650.00    Copy personal property total →   +    $70,650.00

63. Total of all property on Schedule A/B.    Add line 55 + line 62...............................................................    $370,650.00

6.   Household goods and furnishings (details):

**Household Goods and Furnishings**

$4,705.00

Books, pictures, movies

$575.00

33.   Claims against third parties (details):

Litigation - McKenzie et Ano v. Nationstar Mortgage et al. Case# 16-2-05239-8 SEA

$45,000.00

Potential claims on appeal against American Financial Resources, LoanCare, Northwest Trustee Services for wrongful foreclosure estimated at $30,000)

(settlement claim pending for $15000 against Nationstar with $3500 going for reimbursement of costs in the litigation)

Potential claims against the other defedendants on appeal are unknown.

Unliquidated Personal Injury claim for Car Accident
Date of Accident - 12/9/2017

Unknown

Personal Injury Attorney

Dax Jones
The Jones Law Firm
1750 112th Ave NE, Ste D152
Bellevue, WA 98004-3785

**Fill in this information to identify your case:**

| Debtor 1 | Daniel | A | McKenzie |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sarah | L | McKenzie |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DIST. OF WASHINGTON

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| **Brief description:** 9707 Kelly Rd NE House has black mold and is an older home. Line from *Schedule A/B*: **1.1** | $300,000.00 | ☑ $125,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.13.030** |
| **Brief description:** 2004 GMC Yukon Line from *Schedule A/B*: **3.1** | $4,971.00 | ☑ $4,971.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(c) (iii)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description: 2002 Ford Ranger | $1,624.00 | ☑ $1,529.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(iii) |
| Line from Schedule A/B: 3.2 | | | |
| Brief description: Household Goods and Furnishings | $4,705.00 | ☑ $4,705.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(i) |
| Line from Schedule A/B: 6 | | | |
| Brief description: Books, pictures, movies | $575.00 | ☑ $575.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(i) |
| Line from Schedule A/B: 6 | | | |
| Brief description: TV, phone, computer and misc. | $1,075.00 | ☑ $1,075.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(i) |
| Line from Schedule A/B: 7 | | | |
| Brief description: 1 handgun, 1 shotgun, and 1 rife | $1,500.00 | ☑ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Line from Schedule A/B: 10 | | | |
| Brief description: Wearing apparel | $3,000.00 | ☑ $3,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Line from Schedule A/B: 11 | | | |
| Brief description: 1 wedding ring ($500); 2 watches ($200); costume jewelry ($180); 9 pieces of jewelry ($1000); 4 rings ($150) | $2,030.00 | ☑ $2,030.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Line from Schedule A/B: 12 | | | |
| Brief description: Cash on Hand | $20.00 | ☑ $20.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Line from Schedule A/B: 16 | | | |
| Brief description: Checking account - US Bank - Acct# xxxxxx0392 | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Line from Schedule A/B: 17.1 | | | |

## Part 2:    Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>Litigation - McKenzie et Ano v. Nationstar Mortgage et al. Case# 16-2-05239-8 SEA<br><br>Potential claims on appeal against American Financial Resources, LoanCare, Northwest Trustee Services for wrongful foreclosure estimated at $30,000)<br><br>(settlement claim pending for $15000 against Nationstar with $3500 going for reimbursement of costs in the litigation)<br><br>Potential claims against the other defedndants on appeal are unknown.<br>Line from *Schedule A/B:*   33 | $45,000.00 | ☑   $1,330.00<br>☐   100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Brief description:<br>Unliquidated Personal Injury claim for Car Accident<br>Date of Accident - 12/9/2017<br><br>Personal Injury Attorney<br><br>Dax Jones<br>The Jones Law Firm<br>1750 112th Ave NE, Ste D152<br>Bellevue, WA 98004-3785<br>Line from *Schedule A/B:*   33 | Unknown | ☑   $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(vi) |
| Brief description:<br>**Work Tools**<br><br>Line from *Schedule A/B:*   40 | $5,000.00 | ☑   $5,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(iii) |

| Debtor 1 | Daniel | A | McKenzie |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sarah | L | McKenzie |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DIST. OF WASHINGTON

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim. | Column C<br>Unsecured<br>portion<br>if any. |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

Describe the property that secures the claim: | $12,630.45 | $300,000.00 |

**American Financial Resources, Inc**
Creditor's name
**Attn: S. Craig Lindner**
Number   Street
**9 Sylvan Way #310**

9707 Kelly Rd NE

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Parsippany**   NJ   07054
City   State   ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Judgment Pursuant to Deed of Trust**

Date debt was incurred   4/27/2017   Last 4 digits of account number ___ ___ ___ ___

Judment from Foreclosure Litigation - McKenzie v Nationstar Mortgage, LLC, et.al, Case# 16-2-05239-8

Judgment enterd 4/27/2017

Add the dollar value of your entries in Column A on this page. Write that number here: | $12,630.45 |

Debtor 1  Daniel A McKenzie
Debtor 2  Sarah L McKenzie

Case number (if known)

**Part 1:**  Additional Page

After listing any entries on this page, number them sequentially from the previous page.

| Column A | Column B | Column C |
|----------|----------|----------|
| Amount of claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim | Unsecured<br>portion<br>if any |

**2.2**

**Loancare Inc**
Creditor's name
**PO Box 8068**
Number    Street

Describe the property that secures the claim:

**Residence**

$236,175.00 | $300,000.00

**Virginia Beach    VA    23450**
City    State    ZIP Code

Who owes the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates
to a community debt

Date debt was incurred    01/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien.  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Mobile Home**

Last 4 digits of account number    2  8  1  9

Add the dollar value of your entries in Column A on this page. Write that number here:

$236,175.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$248,805.45

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| **1** American Financial Resources, Inc<br>Name<br>Attn: S. Craig Lindner<br>Number        Street<br>9 Sylvan Way #310 | On which line in Part 1 did you enter the creditor?    2.2<br><br>Last 4 digits of account number    _____ _____ _____ _____ |
| Parsippany                    NJ      07054<br>City                            State    ZIP Code | |
| **2** Everbank<br>Name<br>301 West Bay Street<br>Number        Street | On which line in Part 1 did you enter the creditor?    2.2<br><br>Last 4 digits of account number    _____ _____ _____ _____ |
| Jacksonville                  FL      32202<br>City                            State    ZIP Code | |
| **3** RCO Legal, PS<br>Name<br>Attn: RCO Legal, PS<br>Number        Street<br>13555 SE 36th<br><br>Ste 300 | On which line in Part 1 did you enter the creditor?    2.1<br><br>Last 4 digits of account number    _____ _____ _____ _____ |
| Bellevue                      WA      98006<br>City                            State    ZIP Code | |

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 15 of 34

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **A** | **McKenzie** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sarah** | **L** | **McKenzie** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number __ __ __ __ |
| Number          Street | When was the debt incurred? _____ |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City          State     ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Case 17-13543-CMA   Doc 7   Filed 08/11/17   Ent. 08/11/17 10:46:20   Pg. 16 of 34

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
    type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
    Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

### 4.1

**Credit One Bank**
Nonpriority Creditor's Name
PO Box 98872
Number      Street

Las Vegas          NV      89193
City               State   ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**$1,934.00**

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    03/2016
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Credit Card**

### 4.2

**Credit Protection Assoc**
Nonpriority Creditor's Name
PO Box 802068
Number      Street

Dallas             TX      75380
City               State   ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Original Creditor - 11 Wave Broadband**

**$1,313.00**

Last 4 digits of account number  7  6  0  5
When was the debt incurred?    03/08/2017
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Credit Card**

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**Evergreen Professional**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept
Number   Street
PO Box 666

**Bothell**    **WA**   **98041**
City    State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$68.00**

Last 4 digits of account number   4   0   3   0

When was the debt incurred?   09/2015

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Attorney**

### 4.4

**Ginnys/Swiss Colony Inc**
Nonpriority Creditor's Name
1112 7th Ave
Number   Street

**Monroe**    **WI**   **53566**
City    State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$459.00**

Last 4 digits of account number   4   6   3   0

When was the debt incurred?   08/2008

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

### 4.5

**King County District Court**
Nonpriority Creditor's Name
516 Third Ave
Number   Street
Room 327

**Seattle**    **WA**   **98104**
City    State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$124.00**

Last 4 digits of account number   4   7   8   9

When was the debt incurred?   03/09/2012

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Traffic Infraction**

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total** ........

### 4.6

**King County District Court**
Nonpriority Creditor's Name
**516 Third Ave**
Number       Street
**Room 327**

**Seattle**            **WA**    **98104**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

$136.00

**Last 4 digits of account number**    3    2    2    8
**When was the debt incurred?**    7/15/2016
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Traffic infraction**

### 4.7

**King County District Court**
Nonpriority Creditor's Name
**516 Third Ave**
Number       Street
**Room 327**

**Seattle**            **WA**    **98104**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

$124.00

**Last 4 digits of account number**    0    4    3    2
**When was the debt incurred?**    10/24/2006
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Traffic infraction**

### 4.8

**King County District Court**
Nonpriority Creditor's Name
**516 Third Ave**
Number       Street
**Room 327**

**Seattle**            **WA**    **98104**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

$217.00

**Last 4 digits of account number**    8    9    8    9
**When was the debt incurred?**    12/04/2007
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Traffic infraction**

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 4

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 19 of 34

Debtor 1    Daniel A McKenzie
Debtor 2    Sarah L McKenzie                                    Case number (if known) _____

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.9**                                                                                          $111.00

**King County District Court**              Last 4 digits of account number    6   2   9   C
Nonpriority Creditor's Name                 When was the debt incurred?    06/16/2011
**516 Third Ave**
Number        Street                        As of the date you file, the claim is: Check all that apply.
**Room 327**                                ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Seattle**              **WA    98104**
City              State    ZIP Code         **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ☑ Other. Specify
☑ Check if this claim is for a community debt   **Traffic infraction**

Is the claim subject to offset?
☑ No
☐ Yes

**4.10**                                                                                         $568.00

**Kohls/Capital One**                       Last 4 digits of account number    3   1   1   6
Nonpriority Creditor's Name                 When was the debt incurred?    08/20\_\_
**Kohls Credit**
Number        Street                        As of the date you file, the claim is: Check all that apply.
**PO Box 3043**                             ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Milwaukee**            **WI    53201**
City              State    ZIP Code         **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ☑ Other. Specify
☑ Check if this claim is for a community debt   **Charge Account**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| | |
|---|---|
| 4.11 | $412.00 |

**Pro Collect, Inc**
Nonpriority Creditor's Name
**12170 N. Abrams Rd, Ste 100**
Number        Street

_____

**Dallas**              **TX**      **75243**
City                State    ZIP Code
Who incurred the debt?      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Original Creditor - Overlake Hospital Medical Center

Last 4 digits of account number    6    4    3    4
When was the debt incurred?    07/18/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

| | |
|---|---|
| 4.12 | $204.00 |

**Pro Collect, Inc**
Nonpriority Creditor's Name
**12170 N. Abrams Rd, Ste 100**
Number        Street

_____

**Dallas**              **TX**      **75243**
City                State    ZIP Code
Who incurred the debt?      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Original Creditor - Wahington Imaging Services

Last 4 digits of account number    7    3    3    7
When was the debt incurred?    10/16/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 21 of 34

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim.

### 4.13

$121.00

**Pro Collect, Inc**
Nonpriority Creditor's Name
12170 N. Abrams Rd, Ste 100
Number       Street

_____

**Dallas                    TX        75243**
City                        State     ZIP Code
**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Original Crditor - Overlake Hospital Medical Center**

**Last 4 digits of account number    1   7   2   9**
**When was the debt incurred?**    09/26/2011
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Bill**

### 4.14

$59.00

**Pro Collect, Inc**
Nonpriority Creditor's Name
12170 N. Abrams Rd, Ste 100
Number       Street

_____

**Dallas                    TX        75243**
City                        State     ZIP Code
**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Original Creditor: Olympia Emergency Services**

**Last 4 digits of account number    6   8   8   3**
**When was the debt incurred?**    08/06/2014
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unknown Loan Type**

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 22 of 34

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15

$355.00

**Seventh Avenue**
Nonpriority Creditor's Name
**Seventh Avenue, Inc**
Number    Street
**1112 7th Ave**

**Monroe**            **WI**    **53566**
City            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    4  5  7  0
When was the debt incurred?    10/2007

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

### 4.16

$131.00

**Seventh Avenue**
Nonpriority Creditor's Name
**1112 7th Ave**
Number    Street

**Monroe**            **WI**    **53566**
City            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    4  8  4  A
When was the debt incurred?    11/200%

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| 4.17 | | $1,092.00 |

**The Association of University Physicians**
Nonpriority Creditor's Name
**501 Eastlake Ave E**
Number        Street

**Seattle**          **WA**    **98109**
City                  State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    01/26/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment**

The Association of University Physicians v. Daniel A. McKenzie, King County Dist Court, Case# 155-0836 - entered on

| 4.18 | | $118.00 |

**Vly Emp Coll**
Nonpriority Creditor's Name
**11707 E Montgomery**
Number        Street

**Spokane**          **WA**    **99206**
City                  State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __3__ __1__ __9__ __1__

When was the debt incurred?    03/14/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unknown Loan Type**

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 24 of 34

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Equifax**
Name
PO Box 740241
Number      Street
Atlanta, GA 30374-02471

_____
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Evergreen Professional**
Name
Attn: Bankruptcy Dept
Number      Street
PO Box 666

_____
Bothell        WA      98041
City           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Experian**
Name
PO Box 4500
Number      Street

_____
Allen          TX      75013
City           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Internal Revenue Service**
Name
PO BOX 7346
Number      Street

_____
PHILADELPHIA   PA      19101-7346
City           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Payne & Hickel**
Name
Attn: Gaylen B. Payne
Number      Street
30640 Pacific Hwy South

_____
Federal Way    WA      98003
City           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

Case 17-13543-CMA   Doc 7   Filed 08/11/17   Ent. 08/11/17 10:46:20   Pg. 25 of 34

## Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Renton Collection**
Name
**PO Box 272**
Number    Street

Renton        WA    98057
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.14__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ____ ____ ____ ____

---

**Renton Collection**
Name
**PO Box 272**
Number    Street

Renton        WA    98057
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.13__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ____ ____ ____ ____

---

**Renton Collection**
Name
**PO Box 272**
Number    Street

Renton        WA    98057
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.12__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Renton Collection**
Name
**PO Box 272**
Number    Street

Renton        WA    98057
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.11__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**TransUnion**
Name
**PO Box 2000**
Number    Street

Chester        PA    19022-2000
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ____ ____ ____ ____

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 26 of 34

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
      28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $7,546.00 |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. | $7,546.00 |

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 27 of 34

Fill in this information to identify your case:

Debtor 1    Daniel          A             McKenzie
            First Name      Middle Name   Last Name

Debtor 2    Sarah           L             McKenzie
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: WESTERN DIST. OF WASHINGTON

Case number
(if known)

☐ Check if this is an
  amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease          State what the contract or lease is for

| Debtor 1 | **Daniel** | **A** | **McKenzie** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Sarah** | **L** | **McKenzie** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes

   In which community state or territory did you live?   **Washington**   Fill in the name and current address of that person.

   **Sarah L McKenzie**
   Name of your spouse, former spouse, or legal equivalent
   **9707 Kelly Rd NE**
   Number      Street

   **Carnation**                    **WA**      **98014**
   City                             State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| Debtor 1 | Daniel | A | McKenzie |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sarah | L | McKenzie |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number
(if known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Employment status | ☑ Employed | ☐ Employed |
| | | ☐ Not employed | ☑ Not employed |
| | Occupation | Piledriver | Homemaker |
| | Employer's name | Stacy and Witbeck / Atkinson | |
| | Employer's address | 13427 NE 16th St | |
| | | Number  Street | Number  Street |
| | | Ste 200b | |
| | | Bellevue       WA    98005 | |
| | | City       State  Zip Code | City       State  Zip Code |
| | How long employed there? | _____ | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $7,992.40 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $7,992.40 | $0.00 |

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..................................................→ 4. | $7,992.40 | $0.00 |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,270.07 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |

6. Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.

| | | |
|---|---|---|
| 6. | $1,270.07 | $0.00 |

7. Calculate total monthly take-home pay.   Subtract line 6 from line 4.

| | | |
|---|---|---|
| 7. | $6,722.33 | $0.00 |

8. List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | $0.00 |

9. Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.

| | | |
|---|---|---|
| 9. | $0.00 | $0.00 |

10. Calculate monthly income.   Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | | | | | |
|---|---|---|---|---|---|
| 10. | $6,722.33 | + | $0.00 | = | $6,722.33 |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____

| | | |
|---|---|---|
| 11. + | | $0.00 |

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | | |
|---|---|---|
| 12. | | $6,722.33 |
| | | Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   Debtor Husband just started employmnt on 8/3/2017.

| Debtor 1 | Daniel | A | McKenzie |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sarah | L | McKenzie |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?

   ☐ No
   ☑ Yes. Fill out this information for each dependent.....................

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Step- Daughter | 17 | ☐ No ☑ Yes |
| Daughter | 10 | ☐ No ☑ Yes |
| Son | 6 | ☐ No ☑ Yes |
| Daughter | 2 | ☐ No ☑ Yes |
| Daughter | 2 mos | ☐ No ☑ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. _____

   If not included in line 4:

   4a. Real estate taxes
   
   4a. _____

   4b. Property, homeowner's, or renter's insurance
   
   4b. _____

   4c. Home maintenance, repair, and upkeep expenses
   
   4c. $350.00

   4d. Homeowner's association or condominium dues
   
   4d. _____

Your expenses

| | | |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. **Utilities:** | | |
|    6a. Electricity, heat, natural gas | 6a. | $155.00 |
|    6b. Water, sewer, garbage collection | 6b. | $75.00 |
|    6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | |
|    6d. Other. Specify: __Cell phone__ | 6d. | $120.00 |
| 7. Food and housekeeping supplies | 7. | $700.00 |
| 8. Childcare and children's education costs | 8. | $300.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $50.00 |
| 10. Personal care products and services | 10. | $250.00 |
| 11. Medical and dental expenses | 11. | $150.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $300.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $100.00 |
| 14. Charitable contributions and religious donations | 14. | $25.00 |
| 15. *Insurance.* Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|    15a. Life insurance | 15a. | |
|    15b. Health insurance | 15b. | $750.00 |
|    15c. Vehicle insurance | 15c. | $120.00 |
|    15d. Other insurance. Specify: _____ | 15d. | |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. Installment or lease payments: | | |
|    17a. Car payments for Vehicle 1 | 17a. | |
|    17b. Car payments for Vehicle 2 | 17b. | |
|    17c. Other. Specify: __Union Dues__ | 17c. | $25.00 |
|    17d. Other. Specify: _____ | 17d. | |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. | |

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. | _____ |
| 20b. Real estate taxes | 20b. | _____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. Homeowner's association or condominium dues | 20e. | _____ |

21. Other. Specify: _____    21.    * _____

22. Calculate your monthly expenses.

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $3,470.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $3,470.00 |

23. Calculate your monthly net income.

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $6,722.33 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – $3,470.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $3,252.33 |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
The house has black mold and needs repair.

Case 17-13543-CMA    Doc 7    Filed 08/11/17    Ent. 08/11/17 10:46:20    Pg. 34 of 34