Form odyin (06/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
Daniel A McKenzie and Sarah L McKenzie

Case Number: 17−13543−CMA
Chapter: 13

Debtor(s).

## NOTICE OF ORDER DENYING PAYMENT OF FILING FEE IN INSTALLMENTS AND FILING FEE DUE

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the full payment on your filing fee is due by **August 22, 2017** OR THIS CASE WILL BE DISMISSED.

**PLEASE NOTE THE COURT DOES NOT ACCEPT PERSONAL CHECKS, CREDIT CARDS OR DEBIT CARDS FOR PAYMENT FROM DEBTORS.** The court also does not accept payments made by telephone. Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court with your **case number and last name** clearly displayed.

- ☐ $335.00 Chapter 7 Filing Fee
- ☑ $310.00 Chapter 13 Filing Fee
- ☐ $275.00 Chapter 12 Filing Fee
- ☐ $1717.00 Chapter 11 Filing Fee

Please note that the fee amount selected above is the total filing fee amount and **does not reflect payments already made by you, your attorney or the trustee**. If you are uncertain if payments have been made toward this fee, please contact your attorney or the court for amount due.

YOUR PAYMENT should be mailed to the following address:

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

Questions regarding your payments should be directed to 206−370−5200 .

Dated: August 15, 2017

Mark L. Hatcher
Clerk of the Bankruptcy Court