```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                         Case No. 17-13543-CMA
Daniel A McKenzie                                              Chapter 13
Sarah L McKenzie
         Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0981-2          User: janiceg              Page 1 of 1              Date Rcvd: Aug 15, 2017
                              Form ID: odyin             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db/jdb         +Daniel A McKenzie,   Sarah L McKenzie,   9707 Kelly Road NE,   Carnation, WA 98014-6716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                  Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              K Michael Fitzgerald    courtmail@seattlech13.com
              Melissa A Huelsman    on behalf of Debtor Daniel A McKenzie huelsmanlaw@comcast.net,
               paralegal@predatorylendinglaw.com;ignmhuelsman@gmail.com
              Melissa A Huelsman    on behalf of Joint Debtor Sarah L McKenzie huelsmanlaw@comcast.net,
               paralegal@predatorylendinglaw.com;ignmhuelsman@gmail.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 4

Form odyin (06/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
Daniel A McKenzie and Sarah L McKenzie

Case Number: 17−13543−CMA
Chapter: 13

Debtor(s).

## NOTICE OF ORDER DENYING PAYMENT OF FILING FEE IN INSTALLMENTS AND FILING FEE DUE

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the full payment on your filing fee is due by **August 22, 2017** OR THIS CASE WILL BE DISMISSED.

**PLEASE NOTE THE COURT DOES NOT ACCEPT PERSONAL CHECKS, CREDIT CARDS OR DEBIT CARDS FOR PAYMENT FROM DEBTORS.** The court also does not accept payments made by telephone. Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court with your **case number and last name** clearly displayed.

- ☐ $335.00 Chapter 7 Filing Fee
- ☑ $310.00 Chapter 13 Filing Fee
- ☐ $275.00 Chapter 12 Filing Fee
- ☐ $1717.00 Chapter 11 Filing Fee

Please note that the fee amount selected above is the total filing fee amount and **does not reflect payments already made by you, your attorney or the trustee**. If you are uncertain if payments have been made toward this fee, please contact your attorney or the court for amount due.

YOUR PAYMENT should be mailed to the following address:

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

Questions regarding your payments should be directed to 206−370−5200 .

Dated: August 15, 2017

Mark L. Hatcher
Clerk of the Bankruptcy Court